IN **THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01796-AP

**TERRY L. NOLLER,**

   **Plaintiff,**

   **v.**

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

   **Defendant.**

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Chris R. Noel, Esq.
3000 Pearl Street, Suite 105
Boulder, Colorado 80301-2431
Telephone:  (303) 449-6503
Fax:  (720) 214-1836
E mail: chrisnoel@noelaw.com

For Defendant:
TROY EID
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
kevin.traskos@usdjo.gov

THOMAS H. KRAUS
Special Assistant U.S. Attorney
Social Security Administration
Office of the General Counsel
1961 Stout Street, Suite 1001A
tom.kraus@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

      **A.**    **Date Complaint Was Filed:**  August 24, 2007.

      **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** August 27, 2007

      **C.**    **Date Answer and Administrative Record Were Filed:**  October 26, 2007, Supplemental Record was filed 11/7/07.

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** Plaintiff's counsel thoroughly reviewed the Record and discovered it was not complete. Defense counsel ordered a supplemental record.  Even so, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is drafted.

**Defendant states:** To the best of his knowledge, the record should be complete with the supplemental record, to be filed upon receipt.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**  See paragraph four above.

**Defendant states:**  None anticipated.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:**     This case involves unusual claims.

**Defendant states:**  This case does not involve unusual claims or defenses.

**7.  OTHER MATTERS**

**Plaintiff states**:   The record does not appear to be complete until such time as the supplemental record is received and reviewed.  Mr. Noller was consulted on 11/7/07 regarding the briefing schedule and is fully advised, and he does not object to the extension of time for filing the opening brief owing to his attorney's scheduling conflicts:  moving her daughter out to Oregon State University and the extended holiday family vacation already scheduled and pre-paid.

**Defendant states:** None anticipated.

## 8.  PROPOSED BRIEFING SCHEDULE

      **A.**      **Plaintiff's Opening Brief Due:   January 17, 2008**

      **B.**      **Defendant's  Response Brief Due:   February 19, 2008**

      **C.**      **Plaintiff's  Reply Brief Due:   March 4, 2008**

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

      **A.**      **Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's behest.

      **B.**      **Defendant's Statement:**  Oral Argument is not requested.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

      **A.**      **(X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**      **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

      DATED this 8th day of November, 2007.

                                BY THE COURT:

                                *S/John L. Kane*
                                U.S. DISTRICT COURT JUDGE

- 4 -

APPROVED:

| | |
|---|---|
| s/Chris R. Noel<br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 105<br>Boulder, Colorado 80301-2431<br>Telephone:  (303) 449 6503<br>FAX: 720 214 1836<br>e mail: chrisnoel@noelaw.com<br>Attorney for Plaintiff Terry Noller | UNITED STATES ATTORNEY<br><br>s/ Thomas H. Kraus<br>By: THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>(303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |