UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01796-WYD

TERRY L. NOLLER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court in connection with Plaintiff's Unopposed Motion for Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (filed October 24, 2008). Plaintiff moves for an order granting payment of attorney fees and costs in the amount of $2,747.50 under the Equal Access to Justice Act ("EAJA"), 42 U.S.C. § 2412(d). Plaintiff asserts that the motion is unopposed, and attaches documentation in support of the motion.

Having reviewed the motion, I find that an award of fees under the Equal Access to Justice Act is proper and that Plaintiff's motion should be granted. Accordingly, it is

ORDERED that Plaintiff's Unopposed Motion for Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (filed October 24, 2008) is **GRANTED**. Attorney fees and costs in the amount of $2,747.50 shall be paid to Plaintiff's attorney, Chris R. Noel, pursuant to Plaintiff's assignment and the provisions of the Equal Access to Justice Act.

Dated October 27, 2008

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Judge